## WILLIAM P. DAVIS *v.* THE NEW YORK AND ERIE RAILROAD COMPANY.

Upon appeal from a district court, the appellant is limited to the grounds of appeal stated in his notice. Where none are stated, the judgment will be affirmed.

*It seems*, that where a horse dies through the neglect of a common carrier, to whom he has been delivered for transportation, the damages for such neglect consist of the value of the horse at the place of delivery, at the time he should have been delivered.

APPEAL by plaintiff from a judgment of the First District Court. The facts are fully stated in the opinion of the court.

*R. A. Watkinson*, for the appellant.

*Eaton and Davis*, for the respondents.

HILTON, J.—In December, 1855, the plaintiff delivered to the defendants, at Bergen, New Jersey, six horses, to be transported on the defendants' railroad to Alden, New York. Only five horses were delivered, the other having died in the car, and while in course of transportation. The plaintiff claims that the death resulted from the negligence of the defendants, and this action is brought to recover damages for this neglect, which would consist of the value of the horse at the place of delivery, and at the time he should have been delivered. 2 Parsons on Contracts, 468; Sedgwick on Meas. of Damages, 355; *Wibert* v. *N. Y. & Erie R. R. Co.*, 19 Barb. 36.

The justice, after hearing the evidence on the part of the plaintiff, dismissed the complaint, and gave as a reason that no facts were proved sufficient to enable him to ascertain the amount of damage.

The notice of appeal, on the part of the plaintiff, and which accompanies the return, does not state any ground upon which the appeal is founded. Code, § 353. We have repeatedly held that, in reviewing upon appeal the proceedings of a justice, the appellant is limited to the grounds of appeal stated in the notice. *Lee* v. *Schmidt, ante*, p. 537.

In this case, none being stated, the judgment is affirmed.